# EXHIBIT 2


A. Top: SH-122 $51.95
Stretch Fit Back
Lettering (TTWSC-313"
Skirt: SH-181 $48.00

B. Top: SH-239 $69.95
Stretch Fit Back
Lettering (TTWBS-313"
Body Liner: BLN-100W $29.95
Skirt: SK-149 $52.00

C. Top: SH-249 $70.00
Stretch Fit Back
Lettering (TTC( FTD)/APB-313"
Skirt: SK-119 $46.00

D. Body Liner: BLN-100W $29.95

1-800-325-4141 | StarAthletica.com