# EXHIBIT 6

# SHOW SOME PRIDE

**A. Top: SH-199 $51.95**
Lettering (TTWAMB) 3"
Stretch Fit Back
**Skirt: SK-029B $42.00**

**B. Top: SH-189 $51.95**
Stretch Fit Back
Lettering (TTCLPBSL-3) 3"
**Skirt: SK-099 $43.00**

Made in USA

1-800-325-4141 | StarAthletic.com

13

14