# EXHIBIT 8



LITTLE
LEADERS

A. Top: YSH-119 $42.95
Stretch Fit Back
Lettering (TTMLGFB-2).3"
Skirt: YSK-139 $42.95

B. Top: YSH-192 $41.95
Stretch Fit Back
Lettering (TTECOAD-3).3"
Skirt: YSK-119 $42.95

C. Top: YSH-190 $42.95
Stretch Fit Back
Lettering (TTWC-3).3"
Skirt: YSK-089 $36.95

D. Top: YSH-188 $43.95
Stretch Fit Back
Lettering (TTMLGFB-3).3"
Skirt: YSK-029 $42.95

E. Top: YSH-219 $42.00
Stretch Fit Back
Lettering (TTBO-3).3"
Skirt: YSK-TD-100 $29.95
Elastic Waist Band

F. Top: YSH-199 $45.00
Stretch Fit Back
Lettering (TTWASC-3).2"
Skirt: YSK-079 $36.95