United States District Court
Western District of Tennessee

**Varsity Brands, Inc., Varsity Spirit Corporation**
**And Varsity Spirit Fashions & Supplies, Inc.** )
*Plaintiff(s)* )
**vs** )        **CASE# 4:10-cv-01643-SNLJ**
**Star Athletica, L.L.C.** )
*Defendant(s)* )

### Affidavit of Special Process Server

Received by McDowell and Associates on 9/10/2010 to be served on:

**Star Athletica, L.L.C.**
**c/o Robert James Liebe, III**
**582 Goddard Ave**
**Chesterfield, MO 63005**

I, William Hicks, being duly sworn, depose and say that on 9/13/2010 at 12:35pm, executed service by delivering a true copy of the Summons and Complaint in accordance with the Federal Rules of Civil Procedure in the manner marked below:

( )    INDIVIDUAL SERVICE:  Served the within-named person.

(X)    CORPORATE SERVICE: By serving _____Robert James Liebe III_____ as
_____Agent for Star Athletica, LLC_____.

( )    SUBSTITUTE SERVICE: By serving_____ as
_____.

( )    OTHER SERVICE:  As described in the **Comments** below by serving
_____ as _____.

( )    NON-SERVICE:  For the reason detailed in the **Comments** below:

**COMMENTS:**
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____
Appointed in Accordance with the Federal
Rules of Civil Procedure

Subscribed and Sworn to before me on this 14th day
of September, 2010 by the affiant who is
personally known to me.

_____
**NOTARY PUBLIC**

McDowell & Associates
902 Soulard Street
St. Louis, MO  63104
(314) 621-9300

BRANDI BOEHNER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 15, 2013
Commission Number: 09909325

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  WESTERN | District of | TENNESSEE |

Varsity Brands. Inc., Varsity Spirit Corporation
and Varsity Spirit Fashions & Supplies, Inc.

V.

Star Athletica, L.L.C.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   2:10-cv-02508-cgc

TO: (Name and address of Defendant)

Star Athletica, L.L.C.
c/o Robert James Liebe, III
582 Goddard Avenue
Chesterfield, Missouri 63005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grady M. Garrison (TN Bar #8097)
Adam S. Baldridge (TN Bar #23488)
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-2303

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

THOMAS M. GOULD

CLERK

9-8-10

DATE

JACKIE MILLS

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | 9/13/10 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William J. Hicks | SPS |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 582 Goddard Ave. Chesterfield, MO. 63005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/13/10      _William J. Hicks_
           Date             Signature of Server

           902 Soulard St. Louis, MO. 63104
           Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.