UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VARSITY BRANDS, INC., ET AL.,

    Plaintiff(s),

  v.                                                                       Case No. 10-2508

STAR ATHLETICA, LLC,
        Defendant(s).
_____/

ORDER SETTING TELEPHONE STATUS CONFERENCE AND DIRECTING
COUNSEL TO SUBMIT CASE SUMMARY

The above captioned case having been reassigned to this court for further proceedings, a Status Conference is hereby scheduled **BY TELEPHONE for May 10, 2012 at 11:00 am. [Eastern Standard Time]. THE COURT WILL INITIATE THE CALL.**

Counsel are DIRECTED to confer and prepare a Joint Case Summary for the Court's review. The summary should include a descriptive list of Plaintiff's Claims, Defendant's Responses, any pending discovery issues, all pending motions and a proposed schedule. The summary is to be filed by Plaintiff on the court's docket no later than 3 days prior to the telephone conference.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated:  April 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 23, 2012, by electronic and/or ordinary mail.

      S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522