# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION and VARSITY SPIRIT FASHIONS & SUPPLIES, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>STAR ATHLETICA, L.L.C.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No.: 2:10-cv-02508-RHC-cgc<br>)<br>)<br>)<br>) |

_____

## ORDER SETTING EXPERT DEPOSITION DEADLINES AND DISPOSITIVE MOTION DEADLINES
_____

The Court, having considered the Parties' Joint Stipulation for Expert Deposition Deadlines and Dispositive Motion Deadline, adopts the proposed schedule.

Accordingly, IT IS HEREBY ORDERED and DECREED that the deadlines for expert depositions and dispositive motions shall be as follows:

1. The deadline for Varsity to complete expert depositions of Star's experts is **September 21, 2012**.

2. The deadline for Star to complete expert depositions of Varsity's experts is **October 30, 2012**.

3. The deadline for dispositive motions is **December 7, 2012**.[1]

---

[1] Varsity shall notify opposing counsel and the Court by **November 1, 2012** of whether it intends to file any summary judgment motions and shall arrange a telephone conference with opposing counsel and the Court to discuss possible briefing schedules if it intends to do so.

IT IS SO ORDERED this 23rd day of September, 2012.

s/Robert H. Cleland
US DISTRICT COURT JUDGE

M NLV 2347987 v1
2783944-000052  09/19/2012