IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| VARSITY BRANDS, INC., VARSITY SPIRIT CORPORATION and VARSITY SPIRIT FASHIONS & SUPPLIES, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No.: 2:10-cv-02508-RHC-cgc |
| STAR ATHLETICA, L.L.C. | ) ) ) |
| Defendant. | ) |

### ORDER SETTING EXPERT DEPOSITION DEADLINES AND DISPOSITIVE MOTION DEADLINES

The Court, having considered the Parties' Joint Stipulation for Expert Deposition Deadlines and Dispositive Motion Deadline, adopts the proposed schedule.

Accordingly, IT IS HEREBY ORDERED and DECREED that the deadlines for expert depositions and dispositive motions shall be as follows:

1. The deadline for Star to complete expert depositions of Varsity's experts is **December 21, 2012**.

2. The deadline for dispositive motions is **January 29, 2013**.[1]

IT IS SO ORDERED this 13th day of November, 2012.

s/Robert H. Cleland
JUDGE ROBERT H. CLELAND

---

[1] Varsity shall notify opposing counsel and the Court by **December 28, 2012** of whether it intends to file any summary judgment motions and shall arrange a telephone conference with opposing counsel and the Court to discuss possible briefing schedules if it intends to do so.

M AB1 2358681 v1
2783944-000052  11/07/2012