# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

VARSITY BRANDS, INC., et al.,

    Plaintiffs/Counter-Defendants,

v.                                                       Case No. 10-2508

STAR ATHLETICA, LLC,

    Defendant/Counter-Claimant.

## ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE AND ESTABLISHING PAGE LIMITS

At a January 9, 2013, scheduling conference, the parties jointly proposed the following briefing schedule:

(1) By **January 31, 2013**, Defendant will submit a motion for summary judgment of no more than forty-five pages;

(2) By **March 4, 2013**, Plaintiffs will submit a response and motion for summary judgment of no more than fifty-five pages;

(3) By **April 8, 2013**, Defendant will submit a reply of no more than twenty-five pages;

(4) By **April 26, 2013**, Plaintiffs will submit a sur-reply of no more than fifteen pages.

The court adopts the parties' proposal.

The page limit on each party's statement of material facts, set forth under Western District of Tennessee Local Rule 56.1, is lifted, although each party shall endeavor to state only pertinent background and detail.  In each brief, the type size of

both text and footnotes must be at least ten and a half characters per inch (non-proportional) or fourteen point (proportional).

    IT IS SO ORDERED.

          s/Robert H. Cleland  
          ROBERT H. CLELAND  
          UNITED STATES DISTRICT JUDGE

Dated:  January 15, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 15, 2013, by electronic and/or ordinary mail.

          s/Lisa Wagner  
          Case Manager and Deputy Clerk  
          (313) 234-5522