# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

VARSITY BRANDS, INC., et al.,

    Plaintiffs/Counter-Defendants,

v.                                       Case No. 10-2508

STAR ATHLETICA, LLC,

    Defendant/Counter-Claimant.

                                                /

## ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINES

Defendant submits an unopposed motion to extend the deadlines in the January 15, 2013, briefing schedule as follows:

(1) By **February 28, 2013**, Defendant will submit a motion for summary judgment of no more than forty-five pages;

(2) By **April 2, 2013**, Plaintiffs will submit a response and motion for summary judgment of no more than fifty-five pages;

(3) By **May 6, 2013**, Defendant will submit a reply of no more than twenty-five pages;

(4) By **May 24, 2013**, Plaintiffs will submit a sur-reply of no more than fifteen pages.

IT IS ORDERED that Defendant's motion [Dkt. # 166] is GRANTED and that the briefing deadlines are extended as described above.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: January 30, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 30, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522