UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VARSITY BRANDS, INC., et al.,

    Plaintiffs/Counter-Defendants,

v.                                                        Case No. 10-2508

STAR ATHLETICA, LLC,

    Defendant.
                                                        /

## JUDGMENT

In accordance with the court's "Opinion and Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Dismissing Plaintiff's Remaining State-Law Claim Without Prejudice" dated March 1, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Star Athletica, LLC on counts I–V and count X of Plaintiff's complaint.  Dated this 1st day of March 2014.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2014

Dated:  March 1, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 1, 2014, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522