**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

VARSITY BRANDS, INC, et al.,

    Plaintiffs/Counter-Defendants,

v.                                                    Case No. 10-02508

STAR ATHLETICA, LLC,

    Defendant/Counter-Claimant.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Dismissing Counterclaims and Complaint" dated Thursday, August 10, 2017,

IT IS ORDERED AND ADJUGED that judgment is entered in favor of Defendant Star Athletica, LLC, and against Plaintiffs Varsity Brands, Inc., Varsity Spirit Corporation, and Varsity Spirit Fashions & Supplies, Inc. Dated at Port Huron, Michigan, this 10th day of August 2017.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: August 10, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2017, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                        Acting in the Absence of Lisa Wagner
                                                        Case Manager and Deputy Clerk
                                                        (810) 984-2056